AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Marshall Johnson | ) Case No. |
| | ) 5:20-mj-00010 |
| | ) |
| | ) |
| Defendant(s) | ) |

**FILED**
FEB 2 8 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 30, 2019** in the county of **Raleigh** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

On 1/30/19, S.A. Bullard, with ATF, watched as a CI called Marshall Johnson to buy heroin. Johnson agreed to sell 3.5 grams of heroin to the CI. The CI was provided $425 and was equipped with a audio/video recording device. The CI was dropped off at 1401 Hartley Ave, Beckley, WV. The CI then purchased 3.5 grams of heroin from Johnson. The recording shows Johnson providing the heroin to the CI. Lab results confirm that the substance was heroin.

☐ Continued on the attached sheet.

_____
Complainant's signature

John Weaver, Task Force Officer ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/28/2020

_____
Judge's signature

City and state: Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
Printed name and title